UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARASH PATANG,<br><br>        Plaintiff,<br><br>   v.<br><br>J. LEWIS,<br><br>        Defendant. | Case No. 17-cv-04198-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 9 |

Good cause appearing, plaintiff's motion for an extension of time to file an In Forma Pauperis ("IFP") Application is GRANTED. Plaintiff must file a complete IFP Application **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, plaintiff may file the $400.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or by paying the filing fee will result in the dismissal of this action without further notice to plaintiff.**

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: 8/28/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge