UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HARASH PATANG, | Case No. 17-cv-04198-HSG (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| J. LEWIS, | |
| Defendant. | Re: Dkt. No. 11 |

Good cause appearing, plaintiff's second motion for an extension of time to file an In Forma Pauperis ("IFP") Application is GRANTED. Plaintiff must file a complete IFP Application **no later than thirty (30) days** from the date this order is filed. In the alternative, plaintiff may pay the $400.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or by paying the filing fee will result in the dismissal of this action without further notice to plaintiff.**

This order terminates Docket No. 11.

**IT IS SO ORDERED.**

Dated: 9/27/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge